UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:99-CR-135-01-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | AMENDING JUDGMENT |
| LUIS SALAZAR | ) | |

This matter is before the court on the government's motion filed May 2, 2001, for downward departure pursuant to Federal Rule of Criminal Procedure 35.

For good cause shown, the court hereby grants the motion of the government for downward departure and amends the original judgment as follows:

> It is hereby ordered that the defendant is committed to the custody of the U. S. Bureau of Prisons to be imprisoned for a term of 120 months on Count  1 .
>
> The defendant shall pay to the United States a fine of $5,000. Interest is waived, and the fine is due and payable immediately.

All other aspects of the original judgment dated May 2, 2000, are hereby reaffirmed.

This 14th day of August, 2007.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
JH